IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CT-3276-D

REUBEN CURRY, )
)
         Plaintiff, )
)
v. ) **ORDER**
)
E. RIGGS, et al., )
)
         Defendants. )

On November 18, 2024, Reuben Curry ("Curry" or "plaintiff"), a state inmate proceeding pro se and in forma pauperis, filed a complaint under 42 U.S.C. § 1983, alleging violations of his Fifth, Eighth, and Fourteenth Amendment rights [D.E. 1, 2, 7]. Curry alleges that on November 16, 2021, defendants Riggs, Smith, and Fonville assaulted him while defendant Turley "stood by as an onlooker." Compl. [D.E. 1] at 5–7. Curry was "charged with Assault on Staff . . . without proper investigation, with the approval of [defendant] Captain Stokely." Id. at 5; see also id. at 7. On December 20, 2024, the court reviewed Curry's complaint under 28 U.S.C. § 1915A and allowed the action to proceed. See [D.E. 8].

All defendants have been served and have answered the complaint. See [D.E. 11, 16, 24, 30, 32].[1] On June 17, 2025, the court issued a scheduling order setting a deadline for discovery of September 15, 2025, and a motions deadline of October 15, 2025 [D.E. 34]. Curry moves for an extension of time to complete discovery and to compel production of documents [D.E. 38, 39].

---

[1] Stokley sought and obtained an extension of time to answer the complaint. See [D.E. 29, 31]. Accordingly, the court denies Curry's motion for entry of default against Stokley [D.E. 35].

Defendants move for an extension of time to file dispositive motions [D.E. 40], and have filed an untimely motion for extension of time to respond to Curry's motion to compel [D.E. 42].

The court has considered the motions and the record under the governing standard. The court grants the motions for extensions of time [D.E. 38, 40, 42]. Defendants have until November 3, 2025, to respond in opposition to Curry's motion to compel, and the parties shall have until December 5, 2025, to complete discovery and until January 5, 2026, to file any further motions.

In sum, the court DENIES plaintiff's motion for entry of default [D.E. 35]. The court GRANTS the parties' motions for extensions of time [D.E. 38, 40, 42], and the parties shall have until December 5, 2025, to complete discovery and until January 5, 2026, to file any further motions. Curry's motion to compel [D.E. 39] remains pending, and defendants have until November 3, 2025, to respond in opposition.

SO ORDERED. This 5 day of November, 2025.

JAMES C. DEVER III
United States District Judge